# United States Court of Appeals
## For the First Circuit

No. 02-1953

UNITED STATES OF AMERICA,

Appellee,

v.

BRIAN GOODINE, a/k/a DWAYNE GOODINE,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on April 9, 2003, should be amended as follows:

On page 12, line 2, delete "is entitled 'Penalties' and".